1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLEMENT IGWE AGHA,

               Plaintiff,

    v.

NNENNA COMFORT AGHA,

               Defendant.

CASE NO. C22-5181 BHS-SKV

ORDER ADOPTING REPORT
AND RECOMMENDATION

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14 of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. 7, and Plaintiff

15 Clement Agha's request for refund of filing fee, Dkt. 8.

16      The R&R concluded that the Court lacked federal jurisdiction over this case and

17 recommends that the case be dismissed pursuant to Federal Rule of Civil Procedure

18 12(h)(3). Dkt. 7. Plaintiff does not object to the R&R but requests that the Court refund

19 his filing fee. Dkt. 8. The Court is sympathetic to Plaintiff's needs but is unable to grant

20 his request. The Court notes that federal law allows for an indigent party to proceed *in*

21 *forma pauperis* upon completion of a proper affidavit of indigency, permitting a litigant

22 to commence a case without paying the filing fee. *See* 28 U.S.C. § 1915(a)(1). Plaintiff

did not file an application to proceed *in forma pauperis*, and the Court denies his request for a refund.

The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This case is **DISMISSED without prejudice**;

(3)     Plaintiff's request for a refund of the filing fee, Dkt. 8, is **DENIED**; and

(4)     The Clerk shall enter JUDGMENT and close this case.

Dated this 18th day of April, 2022.

BENJAMIN H. SETTLE
United States District Judge